FILED: 4/20/2023 11:28 AM
Lamar County, Texas
Judge Michael Woodson
Justice of the Peace 5-1

CAUSE NO. 5123-SC-18

| | | |
|---|---|---|
| Ashley Stalnaker | § | IN THE JUSTICE COURT |
| PLAINTIFF | § | |
| | § | |
| v. | § | PRECINCT NO. 5-1 |
| | § | |
| Werack, Kavissa | § | |
| DEFENDANT | § | LAMAR COUNTY, TEXAS |

## PETITION: SMALL CLAIMS CASE

Defendant(s) address: 2300 13th st SW, Paris, TX 75460

**COMPLAINT:** The basis for the claim which entitles Plaintiff to seek relief against Defendant is: I Ashley Stalnaker was terminated due to racial discrimination on September 15, 2021. I filed with EEOC who later provided me with a right to sue letter. I will provide all documents necessary at court. The loss of employment has caused great emotional & financial distress. The EEOC charge has also been made public.

**RELIEF:** Plaintiff seeks: ☐ damages in the amount of $150,000.00 ☐ return of personal property as described as follows (be specific): _____, which has a value of $_____. Additionally, Plaintiff seeks the following: Damages in the amount of $150,000.00 will help my children and I get back on our feet since being let go due to racial discrimination

**SERVICE OF CITATION:** Service is requested on Defendant(s) by ☒ personal service at home or work, ☒ registered mail, ☒ certified mail, return receipt requested. If required, Plaintiff requests alternative service as allowed by the Texas Rules of Civil Procedure. Other addresses where Defendant(s) may be served are: Registered mail will be suitable since it is a place of business.

☐ I hereby request a jury trial. The fee is $22 and must be paid at least 14 days before trial.

☒ I hereby consent for the answer and any other motions or pleadings to be sent to my email address as follows: ashleystalnaker@outlook.com

and since then I have been going to school and trying to find employment to support my 3 kids on my own but I haven't had much luck

Ashley Stalnaker
Plaintiff's Printed Name

*[Signature]*
Signature of Plaintiff
or Plaintiff's Attorney

Defendant's Information (if known):
Date of birth: _____
Last three digits of Driver License: _____
Last three digits of Soc. Sec. No.: _____
Phone No.: _____

~~2200 13th St SW~~
Address of Plaintiff
or Plaintiff's Attorney

~~Paris~~  ~~TX~~  ~~75460~~
City       State       Zip

Plaintiff Address -
PO Box 6007
Paris TX 75461

430-228-9939
Phone & Fax No. of Plaintiff
or Plaintiff's Attorney